IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

DAVID A. WINSLOW                                                              PLAINTIFF

VS.                                                              CIVIL ACTION NO. 1:15cv390-FKB

CAROLYN W. COLVIN,
COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION                                          DEFENDANT

## FINAL JUDGMENT

In accordance with the opinion and order entered this day, the decision of the Commissioner is reversed, and this matter is remanded to the Commissioner.

SO ORDERED AND ADJUDGED, this the 8th day of February, 2017.

                                                        s/ F. Keith Ball
                                                        United States Magistrate Judge